USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Urban Commons 2 West LLC, Urban Commons 2 West II LLC, and Urban Commons 2 West III LLC,

                Petitioners,

-against-

New York Hotel & Motel Trades Council, AFL-CIO,

                Respondent.

21 Civ. 4842 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 1, 2021, Petitioners filed a petition to vacate an arbitration award. ECF No. 1. Proceedings to vacate an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006); *see also ICC Chem. Corp. v. Nordic Tankers Trading A/S*, 186 F. Supp. 3d 296, 299–300 (S.D.N.Y. 2016). Accordingly,

1. By **July 6, 2021**, Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **July 20, 2021**, Respondent shall file its opposition; and

3. Petitioners' reply, if any, is due by **August 3, 2021**.

By **June 18, 2021**, Petitioners shall serve a copy of the petition and this order upon Respondent by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, and upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306. By **August 2, 2021**, Petitioners shall file an affidavit of such service.

SO ORDERED.

Dated: June 4, 2021
      New York, New York

                                            ANALISA TORRES
                                         United States District Judge