**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Urban Commons 2 West LLC, Urban Commons 2
West II LLC, and Urban Commons 2 West III LLC,
        Petitioners-Cross Respondents,                21 **CIVIL** 4842 (AT)

        -against-                                         **JUDGMENT**

New York Hotel & Motel Trades Council, AFL-CIO,
        Respondent-Cross Petitioner.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 18, 2022, the Union's petition to confirm the Award is GRANTED, and Urban Commons' petition to vacate the Award is DENIED.

**Dated**: New York, New York
       March 22, 2022

                                            **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**
            **BY:**                *K. Mango*
                                            _____
                                            **Deputy Clerk**